UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KNOA PHARMA LLC, and KNOA PHARMACEUTICALS LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-CV-1170-ZMB |
| HUMANWELL PHARMACEUTICALS US, INC., and EPIC PHARMA, LLC, | ) | |
| Defendants. | ) | |

**ORDER**

In light of Plaintiffs Knoa Pharma LLC and Knoa Pharmaceuticals LLC's Notice of Dismissal without Prejudice, Doc. 7, the Court directs the Clerk of Court to close this case, *see* FED. R. CIV. P. 41(a)(1)(A)(i).

So ordered this 9th day of September 2026.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE